1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROGER WILKERSON,                           No.  2:13-cv-1518 KJN P

12              Plaintiff,

13         v.                                   ORDER FOR PAYMENT OF INMATE
                                                FILING FEE
14   JEFFREY BEARD, et al.,

15              Defendants.

16

17   To: The Sheriff of Los Angeles County, Attention: Inmate Trust Account, 441 Bauchet Street,

18   Los Angeles, California, 90012:

19         Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the

20   statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of 20

21   percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the

22   average monthly balance in plaintiff's account for the 6-month period immediately preceding the

23   filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee,

24   plaintiff will be obligated to make monthly payments in the amount of twenty percent of the

25   preceding month's income credited to plaintiff's trust account.  The Los Angeles County Sheriff

26   is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments

27   from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until

28   the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Sheriff of Los Angeles County or a designee shall collect from plaintiff's prison trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court. The payment shall be clearly identified by the name and number assigned to this action.

2. Thereafter, the Sheriff of Los Angeles County or a designee shall collect from plaintiff's inmate trust account monthly payments from plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on the Sheriff of Los Angeles County, Attention: Inmate Trust Account, 441 Bauchet Street, Los Angeles, California, 90012.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated: October 17, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wilk1518.cdc.la

2